

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE*   856.757.5026
*401 Market Street, 4th Floor*                          Fax: 856.968.4917
*Post Office Box 2098*                          Direct Dial: 856/757-5121
*Camden NJ 08102*

July 16, 2026

Via Email (criminalinfo@njd.uscourts.gov)

Melissa E. Rhoads, Esq.
Clerk of the Court
United States District Court
Mitchell H. Cohen Federal Courthouse
Camden, New Jersey 08101

ATTN: Marcy Plye, Deputy Clerk

      RE:  Request for Case Assignment – United States v. Raymond Lee

Dear Ms. Plye:

      Enclosed for assignment is an Information charging defendant Raymond Lee with conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846.  Copies of the Clerk's sheet and Information are enclosed.

      Thank you for your attention to this matter.

              Very truly yours,

              ROBERT FRAZER
              United States Attorney

              */s/Jeffrey B. Bender*
      By:  JEFFREY B. BENDER
              Assistant U.S. Attorney

Enclosures

1